# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| MEMBERS ONLY DENTAL d/b/a BELLA VITA DENTISTRY § § § v. § § STATE FARM LLOYDS § § | Civil Action No. 4:19-CV-437 Judge Mazzant |

## **MEMORANDUM OPINION AND ORDER**

Pending before the Court are Defendant State Farm Lloyds' Opposed Motion to Abate (Dkt. #15); Defendant's Opposed Supplemental Motion to Abate Proceedings and Mediation Setting (Dkt. #22); and the parties' Agreed Motion for Continuance of Trial Setting (Dkt. #41). Having reviewed the motions and relevant pleadings, the Court finds that the parties' motion for continuance should be granted and that Defendant's motions to abate should be denied as moot.

It is therefore **ORDERED** that the parties' Agreed Motion for Continuance of Trial Setting (Dkt. #41) is hereby **GRANTED**. As such, the Court will enter an amended scheduling order.

It is further **ORDERED** that Defendant's Opposed Motion to Abate (Dkt. #15) and Opposed Supplemental Motion to Abate Proceedings and Mediation Setting (Dkt. #22) are hereby **DENIED as moot**.

**IT IS SO ORDERED**.

SIGNED this 24th day of June, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE